Michael MATTHEWS v. CITY OF ATLANTIC CITY
and State of New Jersey
Supreme Court of New Jersey
April 23, 1980.

ORDERED that the within appeal is accelerated; and it is further

ORDERED that this matter be set down for oral argument on Tuesday, April 29, 1980, in the Supreme Court courtroom, State House Annex, Trenton.